**F I L E D**
CLERK, U.S. DISTRICT COURT

02/15/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ANTHONY WIECZOREK,<br><br>    Defendant. | No. 8:23-cr-00023-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1708: Mail Theft and Possession of Stolen Mail; 18 U.S.C. § 981 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about March 6, 2021, in Orange County, within the Central District of California, defendant MICHAEL ANTHONY WIECZOREK stole, took, and abstracted mail and mail matter from and out of a letter box, mail receptacle, mail route, and authorized depository for mail matter, namely, private mailboxes located at 21100 Spectrum in Irvine, California, with the intent to deprive the owners of the mail, temporarily and permanently, of its use and benefit.

COUNT TWO

[18 U.S.C. § 1708]

On or about March 14, 2021, in Orange County, within the Central District of California, defendant MICHAEL ANTHONY WIECZOREK stole, took, and abstracted mail and mail matter from and out of a letter box, mail receptacle, mail route, and authorized depository for mail matter, namely, private mailboxes located at 21100 Spectrum in Irvine, California, with the intent to deprive the owners of the mail, temporarily and permanently, of its use and benefit.

COUNT THREE

[18 U.S.C. § 1708]

On or about April 9, 2021, in Orange County, within the Central District of California, defendant MICHAEL ANTHONY WIECZOREK unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 18 pieces of mail and mail matter addressed to various individuals and businesses within Orange County, and at that time and place, defendant WIECZOREK knew that said mail and mail matter were stolen.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One, Two, or Three of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                              A TRUE BILL

                                              /s/
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office